# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RALPH ALEXANDER MEDINA,<br><br>  Defendant. | Case No.: 2:14-cr- 143<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>RALPH ALEXANDER MEDINA<br><br>(ID#) 1942335 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RALPH ALEXANDER MEDINA** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Wed: 4-30-14 hour of 3:00 p.m. for arraignment and any further proceedings and
- 3:00 PM   NJK   3C
from time to time and day to day thereafter until excused by the said Court.

DATED: April 23, 2014

_____
UNITED STATES MAGISTRATE JUDGE

```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr- 143 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR RALPH ALEXANDER MEDINA |
| vs. | (ID#) 1942335 |
| RALPH ALEXANDER MEDINA, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RALPH ALEXANDER MEDINA**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **RALPH ALEXANDER MEDINA** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RALPH ALEXANDER MEDINA** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on [I/A & A/P Wed 4/30/14 3:00 PM NJK 3C] our of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **RALPH ALEXANDER MEDINA** before the United States District Court on or about [I/A & A/P Wed 4/30/14 3:00 PM NJK 3C] ur of 3:00 p.m., for arraignment and

1 from time to time and day to day thereafter until excused by the Court has been ordered by the

2 United States Magistrate or District Judge for the District of Nevada.

3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

5 Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

6 them to produce the said **RALPH ALEXANDER MEDINA** before the United States District

7 Court on or about _ [I/A & A/P Wed 4/30/14  3:00 PM  NJK  3C] ir of 3:00 p.m., for arraignment and from time to

8 time and day to day thereafter, at such times and places as may be ordered and directed by the

9 Court entitled above, to appear before the Court, and when excused by the said Court, to be

10 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

11      DATED this 23rd day of April, 2014.

12

13                   Respectfully submitted,

14                   DANIEL G. BOGDEN
                   United States Attorney

15

16                   /s/ Phillip N. Smith, Jr.
                  PHILLIP N. SMITH, JR.
                  Assistant United States Attorney

17

18

19

20

21

22

23

24