UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RALPH ALEXANDER MEDINA,<br><br>Defendant(s). | Case No. 2:14-CR-143 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Medina*, case number 2:14-cr-00143-JCM-PAL. On June 15, 2018, defendant Ralph Medina filed a motion for early termination of supervised release. (ECF No. 33). The government has not filed a response.

Briefing shall proceed as follows: the government has seven (7) days from the date of this order to file a response. Thereafter, defendant has seven (7) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to defendant's motion for early termination of supervised release (ECF No. 33) no later than seven (7) days from the date of this order. Defendant shall file a reply within seven (7) days thereafter.

DATED July 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**