UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RALPH ALEXANDER MEDINA,<br><br>Defendant(s). | Case No. 2:14-CR-143 JCM (PAL)<br><br>ORDER |

Presently before the court is Ralph Alexander Medina's ("defendant") motion for copies. (ECF No. 61). Defendant requests a copy of his previously filed motion for early termination of supervised release (ECF No. 33) and "the court transcripts from court case 07/02/2019" for use in another case. (ECF No. 61).

The court is not in the business of simply sending copies upon request. Instead, Local Rule IC 1-1 provides as follows:

> (i) Public Access. Access to the documents and files maintained in electronic form is available free of charge in the clerk's office during regular business hours. Access also is available via the Internet through the Public Access to Court Electronic Records system (PACER), a web-based system that provides access to electronic federal case dockets and filings at the per-page fee established by the Judicial Conference of the United States.
>
> . . .
>
> (5) Paper Copies of Electronically Filed Documents. Conventional paper copies and certified copies of electronically filed documents may be obtained from the clerk's office during regular business hours. The fee for copying and certification is established by the Judicial Conference for the United States in 28 U.S.C. § 1914.

**James C. Mahan**
**U.S. District Judge**

LR IC 1-1.  Moreover, as it pertains to the July 2 hearing—which was defendant's initial appearance before Magistrate Judge Weksler regarding revocation of his supervised release—no transcripts have been prepared.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for copies (ECF No. 61) be, and the same hereby is, DENIED.

DATED May 8, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -