UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff(s),<br><br>    v.<br><br>RALPH ALEXANDER MEDINA,<br><br>                      Defendant(s). | Case No. 2:14-CR-143 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Ralph Medina's motion to plead guilty. (ECF No. 66).

Before counsel was appointed, defendant moved pro se to plead guilty to his petition for revocation without any knowledge of its contents. (*Id.*). This court granted defendant's motion for appointment of counsel and requested counsel's supplementation of defendant's instant request. (ECF No. 68). Defendant's counsel requests that this court strike his pro se motion. (ECF No. 70). This court concurs with counsel's reasoning and interpretation of defendant's pro se request:

> While Mr. Medina had not been appointed counsel at the time he filed his Motion to Plead Guilty, Mr. Medina is now represented by counsel. Undersigned counsel requests this Court strike ECF No. 66 as Mr. Medina is now represented by counsel and cannot file pro se motions pursuant to local rule IA 11-6. Mr. Medina requested appointment of counsel on the same day he filed the Motion to Plead Guilty pro se. Mr. Medina did not want to represent himself and as such the Court should strike his pro se motion.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

> Further, Mr. Medina does not have a copy of the petition against him and has not made an initial appearance. Mr. Medina cannot admit the allegations against him without receiving a copy of the petition and reviewing it with counsel. Mr. Medina is requesting the government file a writ to have him appear via video for an initial appearance in this matter.

(*Id.*).

In the interests of justice and judicial economy, this court hereby strikes defendant's motion to plead guilty. (ECF No. 66).

Accordingly,

IT IS SO ORDERED.

DATED October 26, 2020.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**