RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Ralph Alexander Medina

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH ALEXANDER MEDINA,<br><br>  Defendant. | Case No. 2:14-cr-00143-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ralph Alexander Medina, that the Revocation Hearing currently scheduled on June 11, 2021 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) weeks.

This Stipulation is entered into for the following reasons:

1. Mr. Medina currently has a trial pending and set for August 24, 2021 in case no. 2:20-cr-00260-JAD-VCF. The parties have negotiated a global resolution of the petition for revocation and new matters. Mr. Medina would prefer to enter a plea in the new matter before resolving the revocation action.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 9th day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RALPH ALEXANDER MEDINA,<br><br>        Defendant. | Case No. 2:14-cr-00143-JCM-PAL<br><br>**ORDER** |

   IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 11, 2021 at 10:30 a.m., be vacated and continued to  August 27, 2021  at the hour of 11:00 a.m.

   DATED June 9, 2021.

_____
UNITED STATES DISTRICT JUDGE