RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Ralph Alexander Medina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00143-JCM-PAL |
| Plaintiff, | UNOPPOSED MOTION TO PLACE ECF No. 64 UNDER SEAL |
| v. | |
| RALPH ALEXANDER MEDINA, | |
| Defendant. | |

Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, submit this Motion, requesting the Court to place ECF No. 64 under seal. The government does not oppose this request.

DATED: August 4, 2021.

                                                RENE L. VALLADARES
                                                Federal Public Defender

                                  By:   */s/ Rebecca Levy*
                                                REBECCA LEVY
                                                Assistant Federal Public Defender

**Statement of Facts**

Ralph Alexander Medina was indicted on April 23, 2014 in a one-count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g).[1] On March 17, 2015, Mr. Medina was sentenced to 33 months in custody with three years of supervised release to follow.[2] On October 21, 2020, undersigned counsel was appointed to represent Mr. Medina for a supervised release violation.[3] Prior to undersigned counsel's appointment, Mr. Medina wrote the Court a letter.[4] The letter consists of a handwritten letter along with printouts from state custody. Mr. Medina indicates that this information contains personal health information.

As the information in ECF No. 64 contains personal information related to sensitive matters from state custody, Mr. Medina requests it be put under seal.

DATED August 4, 2021.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  /s/ Rebecca. Levy
REBECCA LEVY
Assistant Federal Public Defender

DATED August 6, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 1.
[2] ECF No. 28.
[3] ECF No. 68.
[4] ECF No. 64.

2

**Certificate of Electronic Service**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 4, 2021, she served an electronic copy of the above and foregoing MOTION TO PLACE ECF No. 64 UNDER SEAL by electronic service (ECF) to the persons named below:

CHRISTOPHER CHIOU
Acting United States Attorney
DANIEL COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

/s/ Cecilia Valencia
Employee of the Federal Public Defender