RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Ralph Alexander Medina

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH ALEXANDER MEDINA,<br><br>  Defendant. | Case No. 2:14-cr-00143-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ralph Alexander Medina, that the Revocation Hearing currently scheduled on August 27, 2021 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one (1) weeks.

This Stipulation is entered into for the following reasons:

1. Mr. Medina currently has a change of plea set for October 4, 2021 in case no. 2:20-cr-00260-JAD-VCF. The parties have negotiated a global resolution of the petition for revocation and new matters. Additionally, Mr. Medina needs time to resolve his state case, currently scheduled on August 31, 2021.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 26th day of August 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RALPH ALEXANDER MEDINA,<br><br>        Defendant. | Case No. 2:14-cr-00143-JCM-PAL<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Friday, August 27, 2021 at 10:30 a.m., be vacated and continued to  October 8, 2021  at the hour of 10:00 a.m.

DATED August 27, 2021.

_____
UNITED STATES DISTRICT JUDGE

3